UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

L & S Restaurant Concepts, Inc.,
d/b/a Cantina Laredo #706
d/b/a Cantina Laredo #707
d/b/a El Chico #705

    Debtor.
_____/

Chapter 11
Case No.: 6-09-bk- 18272-KSJ
**EXPEDITED HEARING
REQUESTED ON OR BEFORE
DECEMBER 9, 2009
15 MINUTES REQUESTED**

## EMERGENCY MOTION BY DEBTOR TO PAY PRE- AND POST-PETITION COMPENSATION AND BENEFITS TO INSIDERS

L & S Restaurant Concepts, Inc., the above-named Debtor, represents that:

1. **Certificate of Necessity**. Pursuant to F.R.B.P. 4001 and Local Rule 9004-2(d), the Debtor requests an expedited hearing of this motion on or before December 9, 2009, because the Debtor's insider employees are scheduled to be paid on December 9, 2009. If the insider employees are not timely paid, then there will be disruption in the day to day management of the business and financial affairs of the Debtor, resulting in loss of the going concern value of the Debtor and elimination of its opportunity for reorganization. The Debtor estimates a hearing of this motion will take approximately fifteen minutes.

2. **Procedural Matters.** The Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code on November 30, 2009 (the Petition Date). The Debtor continues in the management and possession of its business and properties as a Debtor-in-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed. No official committees have been appointed herein pursuant

to §1102 of the Code. This Court has jurisdiction of the application pursuant to 28 U.S.C. §§1157 and 1334. Venue of this proceeding and the within application in this district is proper pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is §105 of the Bankruptcy Code.

3. **Business of Debtor** Debtor owns and operates two restaurants: (a) El Chico, located at 1751 Evans Road, Melbourne, FL 32904; and (b) Cantina Laredo, located at 5200 Big Pine Way, Fort Meyers, FL 33907 (the "Business"). Debtor has approximately 81 non-insider employees. Revenue for calendar year 2008 was approximately $7,073,536.00.

4. **Insider Employee Compensation.** The Debtor seeks to compensate the following insiders ("Insiders"):

| Name | Position/Duties | Monthly Compensation | Pre-Petition[1] Salary Due |
|---|---|---|---|
| Len J. Lemmer | President, CEO, District Manager; oversees all restaurant operations | $5,833.02 | $1,458.26 |
| Deborah Lemmer | Secretary/Treasurer, bookkeeper and payroll functions | $4,208.10 | $1,052.03 |
| Erin Lemmer | Restaurant Manager at El Chico; oversees front of house restaurant operations | $3,037.67 | $759.42 |
| Tyler Lemmer | Server and cook; works as an hourly employee | $650.00, plus tips | $162.50, plus tips |

---

[1] For the period November 23, 2009 through the Petition Date.

The Debtor also requests authority to pay certain other benefits of Insiders, such as medical insurance, vacation, and other payroll items which would be classified as priority items under the Bankruptcy Code.

    5.    **Ownership Interests**.  The stockholders of the Debtor are:

        a.    Len J. Lemmer, 50% stockholder

        b.    Timothy J. Suick, 50% stockholder

    6.    **Necessary to Reorganization**. The continued employment of the insiders is necessary for a successful reorganization.  The insiders devote their full working time to the operations of the Debtor.  The business of the Debtor is dependent upon the personal relationship the insiders have developed with the customers, employees, creditors, and suppliers of the Debtor.

    7.    **Availability of Funds.**  Subject to approval of the use of cash collateral, Debtor projects sufficient funds to pay the amounts requested in this motion.

    8.    **Hearing Time.**  The Debtor estimates 15 minutes total time required for hearing.

THEREFORE, it is requested that the Court authorize the Debtor to priority pre-petition and pay post-petition salary and benefits to the insiders, retroactive to the petition date, as set forth above and such other and further relief as this Court deems just and proper.

# CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was provided on December 1, 2009, by first class United States Mail and/or electronic notice to: GE Franchise Capital Finance, 8377 E Hartford Drive, Scottsdale, AZ 85255; the parties listed on the Local Rule 1007-2 Parties in Interest List attached to the original of this document filed with the Court; and United States Trustee, 135 W. Central Blvd., #620, Orlando, FL 32801.

    /s/ David R. McFarlin
David R. McFarlin
Florida Bar No. 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
dmcfarlin@whmh.com

Attorneys for Debtor